```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                               CRIMINAL NO. 2:20-CR-00065

PATRICK NAPIER

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's motion to continue trial and pretrial deadlines by thirty days. (ECF No. 24.) In support of his motion, counsel for the defendant requests additional time to review discovery and adequately prepare for trial. The government does not oppose the requested continuance. For good cause shown, defendant's motion is **GRANTED**.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

I. Pretrial motions are due to the court by **July 13, 2020**;

II. A Pretrial Motions hearing is scheduled for **July 20, 2020, at 4:00 p.m. in Charleston**;

III. Proposed Voir Dire, Proposed Witness Lists, and Proposed Jury Instructions are due to the court by **August 11, 2020**;

IV. Trial of this action is continued until **9:30 a.m. on Tuesday, August 18, 2020, in Charleston**; and

V. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 23rd day of June, 2020.

       ENTER:

       David A. Faber
       Senior United States District Judge